# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marleasa A. Sherrill-Bryant aka Marleasa Sherrill aka Marleasa Bryant<br><br>         Debtor(s) | CHAPTER 13 |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY<br>         Movant<br>vs. | NO. 14-14472 ELF |
| Marleasa A. Sherrill-Bryant aka Marleasa Sherrill aka Marleasa Bryant<br>         Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>         Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$11,990.32,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | Sep. 2016 through Oct. 2016 at $581.00/month |
| | Nov. 2016 through Oct. 2017 at $585.00/month |
| | Nov. 2017 through Feb. 2018 at $592.00/month |
| Late Charges: | Sep. 2016 through Feb. 2018 at $22.74/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$11,990.32** |

2. The Order granting Movant relief from the automatic stay (Doc No. 58) shall be vacated, subject to the following conditions.

3. The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall tender a down payment of **$3,500.00**, which Debtor states is a contribution from a family friend, via check to Movant**.**

b). Within seven (7) days of the filing of this Stipulation, Debtor shall file a Motion for authorization to file an Amended Chapter 13 Plan to include the additional post-petition arrears of **$8,490.32.**

c). Movant shall file an Amended or Supplemental Proof of Claim to include the additional post-petition arrears of **$8,490.32** along with the pre-petition arrears;

d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

4. Beginning with the payment due March 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $592.00 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) via check to Movant at the address below;

>Pennsylvania Housing Finance Agency
>211 North Front Street
>Harrisburg, PA 17101

5. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

6. In the event the payments under Section 2 or Section 3 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11. The parties agree that a facsimile signature shall be considered an original signature.

Date:   February 14, 2018            By:   /s/Rebecca A. Solarz
                                            Rebecca A. Solarz, Esquire
                                            Attorney for Movant


Date:   February 20, 2018                  /s/ Alfonso G. Madrid
                                            Alfonso G. Madrid, Esquire
                                            Attorney for Debtor(s)


Approved by the Court this 21st day of February, 2018. However, the court retains discretion regarding entry of any further order.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**