United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-14472-elf
Marleasa A Sherrill-Bryant                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1              Date Rcvd: Feb 21, 2018
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
db             +Marleasa A Sherrill-Bryant,    714 Union St.,    Philadelphia, PA 19104-1661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2018                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Marleasa A Sherrill-Bryant alfonsomadridlawECF@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    US Bank National Association as Trustee for Pennsylvania
           Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marleasa A. Sherrill-Bryant aka Marleasa Sherrill aka Marleasa Bryant<br>          Debtor(s) | CHAPTER 13 |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY<br>          Movant<br>     vs. | NO. 14-14472 ELF |
| Marleasa A. Sherrill-Bryant aka Marleasa Sherrill aka Marleasa Bryant<br>          Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>          Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$11,990.32,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | Sep. 2016 through Oct. 2016 at $581.00/month |
| | Nov. 2016 through Oct. 2017 at $585.00/month |
| | Nov. 2017 through Feb. 2018 at $592.00/month |
| Late Charges: | Sep. 2016 through Feb. 2018 at $22.74/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$11,990.32** |

2.  The Order granting Movant relief from the automatic stay (Doc No. 58) shall be vacated, subject to the following conditions.

3.  The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall tender a down payment of **$3,500.00**, which Debtor states is a contribution from a family friend, via check to Movant**.**

b). Within seven (7) days of the filing of this Stipulation, Debtor shall file a Motion for authorization to file an Amended Chapter 13 Plan to include the additional post-petition arrears of **$8,490.32.**

c). Movant shall file an Amended or Supplemental Proof of Claim to include the additional post-petition arrears of **$8,490.32** along with the pre-petition arrears;

d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

4. Beginning with the payment due March 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $592.00 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) via check to Movant at the address below;

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

5. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

6. In the event the payments under Section 2 or Section 3 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

      11.    The parties agree that a facsimile signature shall be considered an original signature.

Date:   February 14, 2018        By:    /s/Rebecca A. Solarz
                                                      Rebecca A. Solarz, Esquire
                                                      Attorney for Movant

Date:   February 20, 2018              /s/ Alfonso G. Madrid
                                                      Alfonso G. Madrid, Esquire
                                                      Attorney for Debtor(s)

Approved by the Court this 21st day of February, 2018. However, the court retains discretion regarding entry of any further order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**