# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARLEASA A. SHERRILL-BRYANT,<br>a/k/a MARLEASA SHERRILL<br>MARLEASA BRYANT | : | CASE NO: 14-14472ELF |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

The Debtor, through counsel, hereby avers:

1. On February 23, 2018, Debtor filed the above-captioned motion (the "Motion").

2. On February 23, 2018, the Motion and Notice of Motion was served on all secured and priority creditors.

3. Pursuant to Local Bankruptcy Rule 9014-3(i), any response to the Motion was due no later than March 9, 2018..

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)