United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Marleasa A Sherrill-Bryant
        Debtor

Case No. 14-14472-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Mar 28, 2018
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
db          +Marleasa A Sherrill-Bryant,    714 Union St.,    Philadelphia, PA 19104-1661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
         ALFONSO G. MADRID    on behalf of Debtor Marleasa A Sherrill-Bryant alfonsomadridlawECF@gmail.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank National Association as Trustee for
          Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         LEON P. HALLER    on behalf of Creditor    US Bank National Association as Trustee for Pennsylvania
          Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
         REBECCA ANN SOLARZ    on behalf of Creditor    US Bank National Association as Trustee for
          Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    US Bank National Association as Trustee for
          Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                          TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARLEASA A SHERRILL-BRYANT, | : | |
| Debtor | : | Bky. No. 14-14472 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #64 ) is **APPROVED**.

**Date: March 28, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**