# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARLEASA A. SHERRILL-BRYANT, | : | CASE NO: 14-14472ELF |
| a/k/a MARLEASA SHERRILL | : | |
| MARLEASA BRYANT | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER TERMINATING WAGE DEDUCTION

AND NOW, this 20th day of May, 2019, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of November 28, 2014 (Doc. No. 28) ordering Debtor's employer, the City of Philadelphia, to deduct funds from the earnings or income of Debtor Marleasa A. Sherrill-Bryant, is VACATED.

_____
Eric L. Frank
United States Bankruptcy Judge