**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| IN RE | : | CHAPTER 13 |
| | : | |
| MARLEASA A. SHERRILL-BRYANT, a/k/a | : | CASE NO: 14-14472ELF |
| MARLEASA SHERRILL | : | |
| MARLEASA BRYANT | : | |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTIONS**
**TO AVOID JUDICIAL LIENS**

The Debtor, through counsel, hereby avers:

1.    On June 26, 2019, Debtor filed two motions to avoid judicial liens of creditor Philadelphia Federal Credit Union (the "Motions").    Doc. Nos. 83, 85.

2.    On June 26, 2019, the Motions and Notices of Motion were served by first class mail, certified, upon James M. McAneney, President, Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154.

3.    Pursuant to Local Bankruptcy Rule 9014-3, any responses to the Motions were due no later than July 10, 2019.

4.    As of this date, no response has been filed to either Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motions.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)