# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : CHAPTER 13
:
MARLEASA A. SHERRILL-BRYANT, a/k/a : CASE NO: 14-14472ELF
MARLEASA SHERRILL :
MARLEASA BRYANT :
:
      Debtor :
_____:

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien of Philadelphia Federal Credit Union ("PFCU"), and after notice and hearing;

IT IS **ORDERED**, that the judicial lien held by PFCU, on Debtor's interest in real estate at 714 Union St. Philadelphia, PA 19104, entered of record as: <u>Phila. Fed. Credit Union. v. Sherrill-Bryant</u>, No. SC-11-06-27-6526 (Phila. Muni. Ct 08/11/2011) is hereby **AVOIDED**.

This Order is subject to 11 U.S.C. § 349.

**Order entered by default.**

Date: 8/719

_____
Eric L. Frank
United States Bankruptcy Judge