# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARLEASA A. SHERRILL-BRYANT, a/k/a | : | CASE NO: 14-14472ELF |
| MARLEASA SHERRILL | : | |
| MARLEASA BRYANT | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien of Philadelphia Federal Credit Union ("PFCU"), and after notice and hearing;

IT IS **ORDERED**, that the judicial lien held by PFCU, on Debtor's interest in real estate at 714 Union St. Philadelphia, PA 19104, entered of record as: <u>Phila. Fed. Credit Union. v. Sherrill-Bryant</u>, No. SC-11-06-27-6527 (Phila. Muni. Ct 08/11/2011) is hereby **AVOIDED**.

This Order is subject to 11 U.S.C. § 349.

**Order entered by default.**

Date: 8/7/19

_____
Eric L. Frank
United States Bankruptcy Judge