United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14472-elf
Marleasa A Sherrill-Bryant                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1           Date Rcvd: Aug 07, 2019
                              Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db           +Marleasa A Sherrill-Bryant,    714 Union St.,    Philadelphia, PA 19104-1661
13321044     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13348209     +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:58:57     City of Philadelphia,
               Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 03:02:37     LVNV Funding LLC,
               c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
cr           +E-mail/Text: csidl@sbcglobal.net Aug 08 2019 02:58:53     Premier Bankcard/Charter,
               P.O. Box 2208,   Vacaville, CA 95696-8208
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Marleasa A Sherrill-Bryant alfonsomadridlawECF@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    US Bank National Association as Trustee for Pennsylvania
           Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARLEASA A. SHERRILL-BRYANT, a/k/a | : | CASE NO: 14-14472ELF |
| MARLEASA SHERRILL | : | |
| MARLEASA BRYANT | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

# **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien of Philadelphia Federal Credit Union ("PFCU"), and after notice and hearing;

IT IS **ORDERED**, that the judicial lien held by PFCU, on Debtor's interest in real estate at 714 Union St. Philadelphia, PA 19104, entered of record as: <u>Phila. Fed. Credit Union. v. Sherrill-Bryant</u>, No. SC-11-06-27-6527 (Phila. Muni. Ct 08/11/2011) is hereby **AVOIDED**.

This Order is subject to 11 U.S.C. § 349.

**Order entered by default.**

Date:  8/7/19                                              _____
                                                                        Eric L. Frank
                                                                        United States Bankruptcy Judge