United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-14472-elf
Marleasa A Sherrill-Bryant                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Dec 18, 2019
                               Form ID: 138NEW           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db            +Marleasa A Sherrill-Bryant,    714 Union St.,    Philadelphia, PA 19104-1661
13321034      +City of Philadelphia - Admin Adjud,    913 Filbert ST.,    Philadelphia, PA 19107-3117
13321038      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13321039      +GRB Law,    1425 Spruce St.,    Suite 100,    Philadelphia, PA 19102-4578
13321040      +Jefferson University Hospital,    601 Walnut St.,    Suite 930,    Philadelphia, PA 19106-3314
13345552       Jefferson University Hospitals,    State Collection Service Inc.,    2509 S. Stoughton Road,
                PO Box 6250,    Madison, WI 53716-0250
13321041      +KML Law Group PC,    701 Market St.,    Ste 5000,    Philadelphia, PA 19106-1541
13321044      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13348209      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia PA 19154-1095
13321045      +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13321047      +Redevelopment Authority of Philadelphia,    1234 Market St.,    16th Fl,
                Philadelphia, PA 19107-3706
13321048      +Santander Bank,    601 Penn St.,    Reading, PA 19601-3563
13839367      +Thomas Puleo,    KML Law Group P.C.,    c/o US Bank National Assoc,    701 Market Street ste 5000,
                Philadelphia Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:27
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:00      City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:42:56      LVNV Funding LLC,
                c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13321032      +E-mail/Text: kristin.villneauve@allianceoneinc.com Dec 19 2019 03:35:57      Alliance One,
                1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4026
13328069       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2019 03:43:34
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13419295       E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:00      City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13321035       E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:00
                City of Philadelphia - c/o Law Dept.,    1515 Arch St.,    Philadelphia, PA 19102-1595
13321036      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 19 2019 03:37:12
                Credit Collection Services,    Po Box 9133,    Needham, MA 02494-9133
13321037      +E-mail/Text: bankruptcynotices@dcicollect.com Dec 19 2019 03:37:06      Diversified,
                P O Box 551268,    Jacksonville, FL 32255-1268
13370021       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:42:57
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13321042      +E-mail/Text: Bankruptcies@nragroup.com Dec 19 2019 03:37:14      National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
13321043      +E-mail/Text: blegal@phfa.org Dec 19 2019 03:36:33      Pa Housing Finance Agency,
                211 N Front St,    Harrisburg, PA 17101-1406
13363915       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:27
                Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
13353862      +E-mail/Text: csidl@sbcglobal.net Dec 19 2019 03:36:42      Premier Bankcard/Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
13321046      +E-mail/Text: Supportservices@receivablesperformance.com Dec 19 2019 03:37:09
                Receivables Performance,    20816 44th Ave.,    Lynnwood, WA 98036-7744
13454774      +E-mail/Text: blegal@phfa.org Dec 19 2019 03:36:33
                US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    211 North Front Street,
                Harrisburg, PA 17101-1406,    Attn: ALSV / Anne
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Premier Bankcard/Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
13321033      ##+Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                    Date Rcvd: Dec 18, 2019
                              Form ID: 138NEW           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
          ALFONSO G. MADRID    on behalf of Debtor Marleasa A Sherrill-Bryant amadrid@clsphila.org
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor   US Bank National Association as Trustee for Pennsylvania
           Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor   US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   US Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marleasa A Sherrill−Bryant
       Debtor(s)                                          Bankruptcy No: 14−14472−elf
                                                              Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                          Timothy B. McGrath
                                                            Clerk of Court

Dated: 12/18/19

                                                                                                         96 − 95
                                                                                 Form 138_new